AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | United States Courts<br>Southern District of Texas<br>FILED<br>*May 22, 2026*<br><br>Nathan Ochsner, Clerk of Court |
| v. | ) | |
| Feliciano Perez-Villada | ) | Case No.   **4:26-mj-342** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 8th, 2022_____ in the county of _____Montgomery_____ in the

___Southern___ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) | a native and citizen of Mexico, and an alien who had been previously deported from the United States, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel I, Chagoya, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: _____05/22/2026_____

_____
*Judge's signature*

City and state: _____Houston, Texas_____

Hon. Christina A. Bryan, United States Magistrate Judge
*Printed name and title*

**4:26-mj-342**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel I, Chagoya, being duly sworn telephonically, hereby depose and say:

(1)    I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since November 9, 2008. My law enforcement career began September 18, 2005, as a Customs and Border Protection Officer.  I heldthis position until transferring to Immigration and Customs Enforcement as a Deportation Officer.I currently have over 18 years of immigration law enforcement experience.

(2)    On May 19th, 2026, after serving his sentence in the Texas Department of Criminal Justice (TDCJ), Feliciano Perez-Villada (hereinafter "Defendant') was transferred to the custody of Immigration and Customs Enforcement (ICE) pursuant to a detainer. Subsequently, on May 22nd, 2026, at approximately 9:00 a.m., he was identified as eligible for prosecution for violating 8 U.S.C. § 1326 (a).

(3)    The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(4)    Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a).

(5)    Element One: The Defendant is a citizen and national of Mexico and not a native, citizen or national of the United States.

(6)    Element Two: The Defendant has previously been deported or removed from theUnited States on the following occasions:

1.  Removed 10/05/2018
2.  Removed 06/13/2011
3.  Removed 04/07/2011
4.  Removed 12/18/2009

(7)     Element Three: After deportation, the Defendant was subsequently found in the United States on September 8th, 2022, in Montgomery County, which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years, and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in the paragraph. On May 22nd, 2026, LESC advised me that it had no record on such encounter.

(8)     Element Four:  The Defendant did not have permission to reenter the United States. On May 22nd, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of theImmigration Service.

(9)     Prior Criminal History: The Defendant has the following prior criminal history:

a)   On March 9th, 2023, the Defendant was convicted in 221st District Court in Montgomery County, TX for the felony offense of SEXUAL ASSAULT CHILD and sentenced to 4 years state prison TDCJ.

b)   On June 27th, 2018, the Defendant was convicted in 9th District Court in Montgomery County, Texas for the felony offense of UNLAWFUL RESTRAINT and sentenced to 180 days county jail.

c)   On March 15th, 2011, the Defendant was convicted in the County Criminal Court at Law # 3 Harris County, Texas for the offense of DWI 2nd OFFENDER and sentenced to 60 days county.

d)   On November 23rd, 2009, the Defendant was convicted in the County Criminal Court at Law # 5 in Harris County, TX for the offense of DWI 1ST OFFENDER and sentenced to 40 days county jail.

e)   On November 23rd, 2009, the Defendant was convicted in the County Criminal Court at Law # 5 Harris County, Texas for the offense of FAIL TO STOP AND GIVE INFO and sentenced to 40 days county jail.

(10)   On May 22nd, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning the criminal complaint. On or about that day, AUSA Jay Hileman (713) 703-9308 accepted this case for prosecution for violation of 8 U.S.C. § 1326(a).

Daniel I. Chagoya, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Sworn to me telephonically on 22nd  day of May 2026, and I find probable cause.

Hon. Christina A. Bryan
United States Magistrate Judge
Southern District of Texas