United States Courts
Southern District of Texas
FILED

*June 18, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **Criminal No.**    **4:26-cr-369** |
| | § | |
| **FELICIANO PEREZ-VILLADA** | § | |
| **aka Feliciano Villada-Perez** | § | |
| | § | |
| **Defendant.** | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

On or about September 8, 2022, in the Houston Division of the Southern District of Texas,

**FELICIANO PEREZ-VILLADA
aka Feliciano Villada-Perez**

defendant herein, an alien who previously had been denied admission, excluded, deported, and removed from the United States, knowingly and unlawfully was present in the United States when found in Montgomery County, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

Original Signature on File

_____
FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney

By: _____
JAY HILEMAN
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone
(713) 718-3300 Fax

2